Cite as 27 I&N Dec. 556 (A.G. 2019)                    Interim Decision #3954

**Matter of Michael Vernon THOMAS, Respondent**
**Matter of Joseph Lloyd THOMPSON, Respondent**

*Decided by Attorney General May 28, 2019*

U.S. Department of Justice
Office of the Attorney General

BEFORE THE ATTORNEY GENERAL

Pursuant to 8 C.F.R. § 1003.1(h)(1)(i), I direct the Board of Immigration Appeals ("Board") to refer these cases to me for review of its decisions. The Board's decisions in these matters are automatically stayed pending my review. *See Matter of Haddam*, A.G. Order No. 2380-2001 (Jan. 19, 2001). To assist me, I invite the parties to these proceedings and interested amici to submit briefs that address whether, and under what circumstances, judicial alteration of a criminal conviction or sentence—whether labeled "vacatur," "modification," "clarification," or some other term—should be taken into consideration in determining the immigration consequences of the conviction.

The parties' briefs shall not exceed 15,000 words and shall be filed on or before June 28, 2019. Interested amici may submit briefs not exceeding 9,000 words on or before July 12, 2019. The parties may submit reply briefs not exceeding 6,000 words on or before July 12, 2019. All filings shall be accompanied by proof of service and shall be submitted electronically to AGCertification@usdoj.gov, and in triplicate to:

United States Department of Justice
Office of the Attorney General, Room 5114
950 Pennsylvania Avenue, NW
Washington, DC 20530

All briefs must be both submitted electronically and postmarked on or before the pertinent deadlines. Requests for extensions are disfavored.